**2009–1953.   Fischbach v. Mercuri.**
Montgomery App. No. 23188, 184 Ohio App.3d 105, 2009-Ohio-4790. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2009–2053.   Fischbach v. Mercuri.**
Montgomery App. No. 23188, 184 Ohio App.3d 105, 2009-Ohio-4790. This cause is pending before the court on the certification of a conflict from the Court of Appeals for Montgomery County. Upon consideration of the joint application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.